IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JAWANN LINDSEY,<br><br>               Plaintiff,<br><br>v.<br><br>THOMAS PATTERSON et al.,<br><br>               Defendants. | **DISMISSAL ORDER**<br><br><br>Case No. 2:13-CV-119-DS<br><br>District Judge David Sam |

The most recent information known to the Court is that the last mail item it sent to Plaintiff was returned to sender, marked, "unknown addressee." Plaintiff has not since updated his address with the Court. And, Defendants represent in their Motion to Dismiss that Plaintiff has been released from Utah Department of Corrections' custody and left the state. Indeed, the Court last heard from Plaintiff more than fourteen months ago, when he filed a memorandum.

**IT IS THEREFORE ORDERED** that, because Plaintiff has failed to prosecute his case, Defendant's Motion to Dismiss is **GRANTED**. (*See* Docket Entry # 27.) Plaintiff's complaint is **DISMISSED** without prejudice. This case is **CLOSED**.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court